**IT IS ORDERED as set forth below:**

**Date: March 28, 2014**



_____
**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 12-67172-BEM |
| MICHAEL BOAZ JOHNSON, | |
| Debtor. | CHAPTER 13 |

## O R D E R

This Chapter 13 case is before the Court on the debtor MICHAEL BOAZ JOHNSON's application to employ special counsel pursuant to 11 U.S.C. § 327(e), filed on March 20, 2014.  The motion seeks approval of John A. Carwile, as special counsel to represent the debtor in connection with personal injury claims related to a motor vehicle accident.

The motion and supporting affidavit having been read and considered, it is hereby GRANTED.  However, there shall be no compensation for fees or expenses without prior approval by this Court.  Special counsel shall not be permitted to retain any other professionals to assist with the litigation without prior approval from the Court and

Case 12-67172-bem    Doc 54    Filed 03/28/14    Entered 03/28/14 09:30:58    Desc Main
Document    Page 2 of 3

such professionals must comply with applicable provisions of the Bankruptcy Code and Bankruptcy Rules governing employment and payment of professionals.

**END OF ORDER**

**Distribution List**

Michael Boaz Johnson
4480 H. S. Cobb Dr
Ste 145
Smyrna, GA 30080

Attorney John A. Carwile
15311 Vantage Parkway West
Suite 307
Houston, TX 77032

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303

Mary Ida Townson
Standing Chapter 13 Trustee
191 Peachtree St. N.E.
Suite 2200
Atlanta, GA 30303

John Forbes
Robert J. Semrad & Associates
Suite 3600
101 Marietta St.
Atlanta, GA 30303